FILED IN
COURT OF CRIMINAL APPEALS

May 27, 2015

ABEL ACOSTA, CLERK

PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/22/2015 3:39:11 PM
Accepted 5/26/2015 8:27:06 AM
ABEL ACOSTA
CLERK



# PAUL JOHNSON
## CRIMINAL DISTRICT ATTORNEY

DENTON COUNTY COURTS BUILDING, 3RD FLOOR
1450 E. McKINNEY, Suite 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601
www.dentoncounty.com

HOT CHECKS 940-349-2700

May 22, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, Texas 78711

      RE:   *Roger Liverman v. Texas*; *Aaron Liverman v. Texas*
             Court of Criminal Appeals No. PD-1595-14; PD-1596-14

Dear Mr. Acosta:

After Appellant's counsel brought this matter to my attention, I realized that I unfortunately made a mistake in answering one of the panel's questions at oral argument on this case on May 20, 2015. When asked about the judgment in the civil trial dealing with the liens, I mistakenly said Katheryn Payne Hall won a $75,000 judgment. In fact, the judgment read that both liens, amounting to a total of $57,000, were found to be fraudulent, and Aaron and Roger Liverman were ordered to pay $15,001.87 in attorney fees. I have attached the judgment from the civil case. I inadvertently spoke of the rounded-up value found fraudulent and the attorney's fees together as the judgment against Aaron and Roger Liverman, when it was actually attorney's fees that were awarded and the amount found to be fraudulent. I have conferenced with Appellants' counsel about the matter, informed him of this letter and attachment, and have sent him a copy of this letter and attachment.

Sincerely,

Lara Tomlin
Assistant Criminal District Attorney
Denton County, Texas

| KATHERYN PAYNE, | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | 393RD JUDICIAL DISTRICT |
| | § | |
| ROGER LIVERMAN and | § | |
| AARON LIVERMAN, | § | |
| Defendants. | § | DENTON COUNTY, TEXAS |

FILED
09 JUL 29 PM 12: 35
SHERRI ADELSTEIN
DISTRICT CLERK DENTON CO., TX
BY
DEPUTY

## JUDGMENT

BE IT REMEMBERED that on the 22nd day of July, 2009, came to be heard the above-styled and numbered cause, and came Plaintiff/Counter-Defendants, Katheryn Payne and Joseph J. Hall, by attorney, Kristen M. Pannell, and announced ready for trial; and came Defendants/Counter-Plaintiffs, Roger Liverman and Aaron Liverman, by attorney, Aaron Bitter, and announced ready for trial. A jury having been demanded, six good and lawful jurors were selected, impaneled and sworn, and together with the Judge heard and considered the pleadings, testimony and arguments of the parties, the jury retired to consider its verdict. Thereafter on the 24th day of July, 2009 the jury returned its verdict in favor of Plaintiff/Cross-Defendants. The Court received and noted the verdict on its docket and being of the opinion that Plaintiff should have clear title to the possession of the premises described in Plaintiff's Original Petition and that the Defendants/Cross-Plaintiffs should take nothing from their counterclaims as in said verdict specified:

**IT IS THEREFORE ORDERED, AJUDGED and DECREED** that the claim of lien filed by Roger Liverman on or about July 22, 2008, bearing Instrument Number 2008-80155, on the property legally described as OT Krum, Block 31, Lot 7 (E 60') 8 000201 North 4th Street, better known as 201 N. 4th Street, Krum, Texas 76249 is found to be fraudulent.

**IT IS FURTHER ORDERED, AJUDGED and DECREED** that the claim of lien filed by Aaron Liverman on or about July 22, 2008, bearing Instrument Number 2008-80154, on the property legally described as OT Krum, Block 31, Lot 7 (E 60') 8 000201 North 4th Street, better known as 201 N. 4th Street, Krum, Texas 76249 is found to be fraudulent.

**IT IS FURTHER ORDERED, AJUDGED and DECREED** that Plaintiff have and recover, and that Defendants pay to Plaintiff the sum of **$0.00** as damages, plus attorney fees in the amount of **$15,001.87**, together with interest accruing at the rate of 5% per annum from the date of judgment until paid.

**IT IS FURTHER ORDERED, AJUDGED and DECREED** that Plaintiff/Counter-Defendants did not breach a contract pertaining to services rendered at 201 N. 4th Street, Krum, Texas 76249 with either Defendant/Cross-Plaintiff.

**IT IS FURTHER ORDERED, AJUDGED and DECREED** that Plaintiff/Counter-Defendants did not defame any or either Defendant/Cross-Plaintiff.

**IT IS FURTHER ORDERED, AJUDGED and DECREED** that Defendants/Counter-Plaintiffs have and recover, and that Plaintiff/Counter-Defendants pay to Defendants/Counter-Plaintiffs the sum of **$0.00** as damages.

**IT IS FURTHER ORDERED, AJUDGED and DECREED** that Plaintiff is entitled to such writs and abstracts as are necessary to effect execution of this Judgment.

Signed this 29th day of July , 2009.

_____
JUDGE PRESIDING